IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THAI MEDITATION ASS'N OF ALA., INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 16-0395-CG-M ) |
| CITY OF MOBILE, ALABAMA, | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated October 12, 2016, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that the Defendant's Motion to Dismiss (Doc. 18) is **GRANTED in part** and **DENIED in part**, in that the motion is **GRANTED** as to the facial components of Counts I, II, and II, and **DENIED** as to Count VII.

The Defendant is **ORDERED** to file its answer to the remaining counts **on or before November 14, 2016**.

**DONE and ORDERED** this 31st day of October, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE