IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THAI MEDITATION ASSOCIATION OF ALABAMA, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  CASE NO. 1:16-cv-00395-CG-MU ) |
| CITY OF MOBILE, ALABAMA, | ) ) |
| Defendant. | ) |

### JOINT REPORT ON SETTLEMENT

COME NOW the parties to this action, by and through their respective undersigned counsel of record, and submit this Joint Report on Settlement in accordance with the Scheduling Order (Doc. 44) as follows:

1. The parties are nearing completion of discovery and counsel for the respective parties have discussed the subject of settlement from time to time. It is the assessment of counsel at the present time that settlement of the present action is unlikely, but counsel envision continuing to discuss potential settlement as matters progress forward.

2. Due to the nature of this action, counsel for the parties do not presently seek a settlement conference with a magistrate judge or other alternative dispute resolution as materially promoting the chances of settlement of this case.

    Respectfully submitted,

    *s/ Roman P. Storzer*     *(by MDS with express permission)*
    ROMAN P. STORZER         (*pro hac vice*)
    BLAIR LAZARUS STORZER    (*pro hac vice*)
    Storzer & Associates, P.C.
    1025 Connecticut Avenue, NW Suite 1000
    Washington, DC  20036

30537412 v1

John L. Lawler
Post Office Box 47
Mobile, AL  36601

*Attorneys for Plaintiffs*


 *s/ Michael D. Strasavich*
DOUGLAS L. ANDERSON         (ANDED9624)
danderson@burr.com
MICHAEL D. STRASAVICH       (STRAM9557)
mstrasavich@burr.com
TAYLOR BARR JOHNSON         (BARRT8851)
tjohnson@burr.com

Attorneys for Defendant, City of Mobile, Alabama

OF COUNSEL:

BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama  36652
Telephone:  (251) 344-5151
Facsimile:  (251) 344-9696

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 22nd day of September, 2017:

John L. Lawler, Esq.
Post Office Box 47
Mobile, AL  36601

Roman P. Storzer, Esq.
Blair Lazarus Storzer, Esq.
Storzer & Associates, P.C.
1025 Connecticut Ave., N.W. Suite 1000
Washington, DC  20036


 *s/ Michael D. Strasavich*
OF COUNSEL

2

30537412 v1