# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 02, 2021

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 19-12418-HH
Case Style: Thai Meditation Association, et al v. City of Mobile, Alabama
District Court Docket No: 1:16-cv-00395-TFM-MU

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 19-12418

_____

District Court Docket No.
1:16-cv-00395-TFM-MU

THAI MEDITATION ASSOCIATION OF ALABAMA, INC.,
(the "Center"),
SIVAPORN NIMITYONGSKUL,
VARIN NIMITYONGSKUL,
SERENA NIMITYONGSKUL,
PRASIT NIMITYONGSKUL,

                                             Plaintiffs - Appellants,

versus

CITY OF MOBILE, ALABAMA,

                                             Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 16, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 02/02/2021