# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THAI MEDITATION ASSOCIATION OF ALABAMA, INC., et al.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CASE NO. 1:16-cv-00395-TFM-MU** |
| **CITY OF MOBILE, ALABAMA,** ) ) ) | |
| **Defendant.** ) | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant The City of Mobile ("the City"), by and through undersigned counsel of record, and moves this Court for an Order granting summary judgment in favor of the City on the remaining claims in Plaintiffs' Complaint. These remaining claims are brought under the Substantial Burden provisions of the Religious Land Use and Incarcerated Persons Act ("RLUIPA"), the Free Exercise clause of the United States Constitution, and under the Alabama Religious Freedom Amendment. The City shows unto this Court that there is no genuine issue of material fact, and that the City is entitled to judgment as a matter of law on each of these claims.

In support of this motion, the City relies upon the pleadings on file, the Brief filed by the City contemporaneously with this motion, and the following evidentiary pleadings and evidence previously filed by the City, the content of which are adopted and incorporated herein:

- Notice of Filing Evidence (Docs. 92-00 through 92-40)(Exhs. 1-40).

- Notice of Filing Additional Evidence (Docs. 101-00 through 101-46(Exhs. 41-86).

WHEREFORE, these premises considered, Defendant The City of Mobile moves this Court for an Order granting summary judgment in its favor on each of the remaining three claims

45181508 v1

asserted by Plaintiffs in the above-styled action, taxing costs of this action against Plaintiffs, and granting to the City such other, further or different relief to which the City may be entitled.

Respectfully submitted,

*s/ Michael D. Strasavich*
DOUGLAS L. ANDERSON    (ANDED9624)
danderson@burr.com
MICHAEL D. STRASAVICH    (STRAM9557)
mstrasavich@burr.com
TAYLOR BARR JOHNSON    (BARRT8851)
tjohnson@burr.com

Attorneys for Defendant, City of Mobile, Alabama

OF COUNSEL:
BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama  36652
Telephone:  (251) 344-5151
Facsimile:  (251) 344-9696

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 12th day of April, 2021:

John L. Lawler, Esq.
Post Office Box 47
Mobile, AL  36601

Roman P. Storzer, Esq.
Blair Lazarus Storzer, Esq.
Storzer & Associates, P.C.
1025 Connecticut Ave., N.W. Suite 1000
Washington, DC  20036

John G. Stepanovich, Esq.
Storzer & Associates, P.C.
618 Village Drive, Suite K
Virginia Beach, VA  23454

               *s/ Michael D. Strasavich*
               OF COUNSEL