### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| THAI MEDITATION ASSOCIATION OF ALABAMA, INC., *et al.*, | : : : | |
| Plaintiffs, | : : | |
| vs. | : : | CIVIL ACT. NO. 1:16-cv-395-TFM-MU |
| CITY OF MOBILE, ALABAMA, | : : | |
| Defendant. | : | |

### **ORDER**

After review of the Defendant City of Mobile's motion for summary judgment and brief in support and Plaintiffs Thai Meditation Association of Alabama, Inc., Sivaporn Nimityongskul, Varin Nimityongskul, Serena Nimityongskul, and Prasit Nimityongskul's motion for partial summary judgment, and evidence and brief in support, and the respective responses and replies to both, the Court finds it necessary to set the motions for oral argument.  Docs. 193, 194, 195, 196, 197, 200, 201, 203, 204.  Accordingly, this matter is **SET** on **November 3, 2021, at 9:00 a.m.** for oral argument.

**DONE** and **ORDERED** this the 28th day of September 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE