# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| THAI MEDITATION ASSOCIATION OF ALABAMA, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACT. NO. 1:16-cv-395-TFM-MU |
| | : | |
| CITY OF MOBILE, ALABAMA, | : | |
| | : | |
| Defendant. | : | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order (Doc. 214) that was entered on April 21, 2022, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Defendant's Motion for Summary Judgment (Doc. 193) is **GRANTED**, and Plaintiffs' Counts 1, 4, and 6 are **DISMISSED with prejudice**; and

(2) Plaintiffs' Motion for Partial Summary Judgment (Doc. 195) is **DENIED**; and

(3) Judgment is entered in favor of Defendant and against Plaintiffs.

To the extent appropriate under Fed. R. Civ. P. 54(d), 28 U.S.C. § 1920, and 42 U.S.C. § 1988, Defendant shall be awarded costs reasonably incurred in connection with this case.[1] Any

---

[1] "[A] district court may in its discretion award attorneys' fees to a prevailing defendant in a . . . [§] 1983 action upon a finding that the plaintiff's lawsuit was 'frivolous, unreasonable, or without foundation.'" *Sullivan v. Sch. Bd. of Pinellas Cty.*, 773 F.2d 1182, 1188 (11th Cir. 1985) (quoting *Hughes v. Rowe*, 449 U.S. 5, 14, 101 S. Ct. 173, 66 L. Ed. 2d 163 (1980)); *see also S. Atl. Cos., LLC v. Sch. Bd. of Orange Cty.*, 699 F. App'x 842 (11th Cir. 2017) (quoting *Sullivan*, 773 F.2d at 1188). The Court declines to make a *sua sponte* finding of "frivolity" as Plaintiffs' case survived summary judgment and resulted in a multi-day bench trial as well as a successful appeal that resulted in a partial remand.

request for costs shall also include the appropriate evidence in support of any requests. The motion shall be due on or before **May 13, 2022**, with any response due on or before **May 23, 2022**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this the 21st day of April 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE