**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 31, 2023

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 22-11674-JJ
Case Style: Thai Meditation Association of Alabama, Inc., et al v. City of Mobile, Alabama
District Court Docket No: 1:16-cv-00395-TFM-MU

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11674

_____

THAI MEDITATION ASSOCIATION
OF ALABAMA, INC.,
(the "Center"),
SIVAPORN NIMITYONGSKUL,
VARIN NIMITYONGSKUL,
SERENA NIMITYONGSKUL,
PRASIT NIMITYONGSKUL,

                                                        Plaintiffs-Appellants,

*versus*

CITY OF MOBILE, ALABAMA,

                                                        Defendant-Appellee

CITY OF MOBILE PLANNING
COMMISSION, et al.,

2                                                                                22-11674

Defendants.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:16-cv-00395-TFM-MU

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 2, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: October 31, 2023