IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THAI MEDITATION ASSOCIATION OF ALABAMA, INC., et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) **CASE NO. 1:16-cv-00395-TM-MU** ) ) |
| **CITY OF MOBILE, ALABAMA,** | ) ) |
| **Defendant.** | ) |

## JOINT STATUS REPORT

COME NOW the parties to this action, by and through their undersigned counsel of record, and submit jointly this status report in conjunction with the Court's Order of December 15, 2023 (Doc. 230) as follows:

1. The parties held a settlement conference with a magistrate judge on Wednesday, January 24, 2024. Since that date, settlement communications have continued, been facilitated by the magistrate, and remain ongoing at present.

2. The parties thus request that this Court accept this Status Report and allow an additional two weeks for such discussions, with the parties to report to the Court a further Status Report within those two weeks.

53104487 v1

Respectfully submitted,


*s/ Blair Lazarus Storzer* (with expression permission)
Roman P. Storzer, *admitted pro hac vice*
Blair Lazarus Storzer, *admitted pro hac vice*

STORZER & ASSOCIATES, P.C.
1025 Connecticut Avenue, N.W. Suite 1000
Washington, D.C. 20036
Telephone: (202) 857-9766


*Attorneys for Plaintiffs*


*s/ Michael D. Strasavich*
DOUGLAS L. ANDERSON            (ANDED9624)
danderson@burr.com
MICHAEL D. STRASAVICH          (STRAM9557)
mstrasavich@burr.com
TAYLOR BARR JOHNSON            (BARRT8851)
tjohnson@burr.com

*Attorneys for Defendant, City of Mobile, Alabama*


OF COUNSEL:
BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

53104487 v1

2