# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THAI MEDITATION ASSOCIATION OF ALABAMA, INC., et al.,** ) </br> ) </br> **Plaintiffs,** ) </br> ) </br> **v.** ) </br> ) </br> **CITY OF MOBILE, ALABAMA,** ) </br> ) </br> **Defendant.** ) | **CASE NO. 1:16-cv-00395-TFM-MU** |

## JOINT STATUS REPORT

COME NOW the parties to this action, by and through their undersigned counsel of record, and submit jointly this Status Report in compliance with the Court's Order of July 18, 2024 (Doc. 244) as follows:

1. The parties have no issues to report to the Court at this time relative to the Consent Order (Doc. 243), which remains in effect.

2. Counsel for the parties will jointly make the next Status Report to the Court on October 1, 2025.

Respectfully submitted,

*s/ Blair Lazarus Storzer (with express permission)*
Roman P. Storzer, *admitted pro hac vice*
Blair Lazarus Storzer, *admitted pro hac vice*

STORZER & ASSOCIATES, P.C.
1025 Connecticut Avenue, N.W. Suite 1000
Washington, D.C. 20036
Telephone: (202) 857-9766
*Attorneys for Plaintiffs*

                                    *s/ Michael D. Strasavich*
                                    MICHAEL D. STRASAVICH   (STRAM9557)
                                    mstrasavich@burr.com
                                    TAYLOR BARR JOHNSON    (BARRT8851)
                                    tjohnson@burr.com

                                  *Attorneys for Defendant, City of Mobile, Alabama*

OF COUNSEL:
BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Facsimile: (251) 344-9696